# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTEN STIFFLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC,<br><br>　　　　Defendant. | 8:14CV231<br><br>ORDER |

This matter is before the court on the defendant's Motion to Continue Trial (Filing No. 48). The plaintiff does not oppose the continuance. For good cause shown, the motion will be granted and the February 20, 2015, Order (Filing No. 21) is modified as follows.

**IT IS ORDERED**:

1. The defendant's Motion to Continue Trial (Filing No. 48) is granted.
2. **On or before April 1, 2016**, each party shall file a list of all exhibits the party expects to offer at trial by providing a numbered listing, designating those exhibits the party may offer only if the need arises, and permitting examination of such exhibits.
3. Any motions *in limine* shall be filed on or before **April 8, 2016**.
4. The Final Pretrial Conference with the undersigned magistrate judge is rescheduled for **April 15, 2016, at 1:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.
5. Trial is set to commence for three to four days on **May 16, 2016**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial.

Dated this 6th day of January, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　United States Magistrate Judge