IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTEN STIFFLER, | ) | Case No. 8:14CV231 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on December 23, 2016 that the following exhibits held by the court in this matter can be destroyed.

Defendant's Trial Exhibits / jury trial held May 16-19, 2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 23, 2016

BY THE COURT

s/ **Joseph F. Bataillon**
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15